U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 25 2012

TONY R. MOORE
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

CLIFFORD D. LATHAM                              CIVIL ACTION NO: 11-0597

VERSUS                                          JUDGE DONALD E. WALTER

CITY OF BOSSIER CITY, ET. AL.                   MAGISTRATE JUDGE HORNSBY

---

### ORDER

Before the Court is a Motion for Summary Judgment [Doc. #46] filed by Defendants, City of Bossier City, Louisiana, Matthew Faulkner, Sgt. K. Johnson and Earnest Crook.

Upon due consideration, Defendants' motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's claim for false arrest in violation 42 U.S.C. § 1983 is precluded under the *Heck* doctrine as a collateral attack of his conviction, and is hereby **DISMISSED WITH PREJUDICE**. *Heck v. Humphrey*, 512 U.S. 477 (1994). As to Plaintiff's remaining claims, the court finds that genuine disputes as to material facts remain. Defendants' motion for summary judgment on these claims is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 24 day of September, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE